1

2

3

4

5

6

FILED
CLERK, U.S. DISTRICT COURT

JAN 3 0 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

7

8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,

11 |                           Plaintiff,

12 |              v.

13 | DAVIS AUGUSTUS ALLEN

14 |                           Defendant.

Case No.: CR11-206-CAS

ORDER OF DETENTION
(FED.R. CRIM. P.32.1(a)(6); 18
U.S.C. § 3143(a))

15

16      The defendant having been arrested in this District pursuant to a warrant

17 issued by the United States District Court for the ___CENTRAL___

18 District of ___CALIFORNIA___ for alleged violation(s) of the terms and

19 conditions of probation or supervised release; and

20      Having conducted a detention hearing pursuant to Federal Rule of Criminal

21 Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

22 A.   (✓)   The defendant has not met his/her burden of establishing by clear and

23            convincing evidence that he/she is not likely to flee if released under

24            18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

25            - UNKNOWN BACKGROUND

26            - UNKNOWN BAIL RESOURCES

27

28

1

1 | and/or

2 | B.    (✓)    The defendant has not met his/her burden of establishing by clear and

3 | convincing evidence that he/she is not likely to pose a danger to the

4 | safety of any other person or the community if released under 18

5 | U.S.C. § 3142(b) or (c).  This finding is based on the following:

6 | UNDERLYING ALLEGATION AS TO

7 | 2 VICTIMS

8 |

9 |

10 |

11 |

12 | IT THEREFORE IS ORDERED that the defendant be detained pending the further

13 | revocation proceedings.

14 |

15 | Dated:  1/30/13

16 | HONORABLE DAVID T. BRISTOW
     United States Magistrate Judge

17 |

2