O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>  v.<br><br>DAVIS AGUSTUS ALLEN,<br><br>  Defendant. | CASE NO. CR 11-206-CAS<br><br>AMENDED<br>REVOCATION OF SUPERVISED<br>RELEASE AND JUDGMENT |

On February 21, 2013, this matter came before the Court on Petition on Probation and Supervised Release originally filed on September 18, 2012. Government counsel, Aaron Lewis, the defendant and his appointed DFPD attorney, Pedro Castillo, were present. The U.S. Probation Officer, Michael Palmer, was also present.

The defendant admits violation of his supervised release, as stated in allegations 1 and 2 of the Petition filed on September 18, 2012. The Court further finds that the defendant is in violation of the terms and conditions of his supervised release as set forth in the Judgment and Commitment Order of November 29, 2011.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is hereby revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of fourteen (14) months with no supervision to follow.

IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: February 21, 2013

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: ___/S/_____
Monica Salcido, Deputy Clerk

cc: U.S. Probation Office

2